**Fill in this information to identify the case:**

| | |
|---|---|
| **Debtor 1** | Darius Harris |
| **Debtor 2** (Spouse, if filing) | Nancy Harris |
| **United States Bankruptcy Court for the:** | Eastern District of Virginia (State) |
| **Case number** | 20-70503-SCS |

Official Form 410S1

# Amended Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See bankruptcy rule 3002.1

**Name of creditor:** United Security Financial Corp.

**Court claim no.** (if known): 11-2

**Last four digits** of any number you use to identify the debtor's account: 3672

**Date of payment change:** 04/01/2022
Must be at least 21 days after date of this notice

**New total payment:** $ 944.18
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No

☒ Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $ 105.30     New escrow payment: $ 116.02

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☒ No

☐ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why:

Current Interest Rate: ___%     New interest rate: ___%

Current principal and interest payment: $___     New principal and interest payment: $___

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect)

Reason for change: ___

Current mortgage payment: $___     New mortgage payment: $___

Debtor 1 ___Darius Harris___  Case Number *(if known)* ___20-70503-SCS___
         First Name  Middle Name  Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.
*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ ___/s/ Todd Rich___                         Date: ___02/25/2022___
   Signature

Print: ___Todd Rich      VABN 74296___       Title: ___Attorney for Creditor___
       First name  Middle Name  Last name

Company: ___MCMICHAEL TAYLOR GRAY, LLC___

Address: ___3550 Engineering Drive, Suite 260___
         Number      Street

___Peachtree Corners,   GA   30092___
City           State     Zip Code

Contact phone: ___404-474-7149___             Email: ___trich@mtglaw.com___

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Darius Harris
2613 Turnpike Rd.
Portsmouth, VA 23707

Nancy Harris
2613 Turnpike Rd.
Portsmouth, VA 23707

**Via CM/ECF electronic service:**
Christopher M. Baker
Boleman Law Firm
272 Bendix Road
Suite 330
Virginia Beach, VA 23452

Michael P. Cotter
Chapter 13 Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320

Dated: February 25, 2022

Respectfully submitted,

By: /s/ Todd Rich
Todd Rich, Esq.
VABN 74296

MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: trich@mtglaw.com
MTG File No.: 22-000483-02



**BSI Financial Services**

314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-260-4159 Fax
www.bsifinancial.com

```
DARIUS HARRIS                                 YOUR LOAN NUMBER: ███████
2613 TURNPIKE RD
PORTSMOUTH        VA 23707

                                          DATE: 02/17/22

        *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING   04/22 THROUGH   03/23.
------- ANTICIPATED PAYMENTS FROM ESCROW -   04/22 THROUGH    03/23 -------
             HOMEOWNERS INS            1241.50
             MISCELLANEOUS T            150.75

             TOTAL PAYMENTS FROM ESCROW    1392.25

             MONTHLY PAYMENT TO ESCROW     116.02 (1/12TH OF ABOVE TOTAL)

 ------ ANTICIPATED ESCROW ACTIVITY -    04/22 THROUGH    03/23--------
         -ANTICIPATED PAYMENTS-              -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW  FROM ESCROW   DESCRIPTION    ANTICIPATED       REQUIRED
                   ACTUAL STARTING BALANCE        1915.26           541.86
APR 22   116.02                                   2031.28           657.88
MAY 22   116.02                                   2147.30           773.90
JUN 22   116.02       36.00    MISCELLANEOUS T    2227.32           853.92
JUL 22   116.02                                   2343.34           969.94
AUG 22   116.02                                   2459.36          1085.96
SEP 22   116.02       38.25    MISCELLANEOUS T    2537.13          1163.73
OCT 22   116.02                                   2653.15          1279.75
NOV 22   116.02                                   2769.17          1395.77
DEC 22   116.02     1241.50    HOMEOWNERS INS
                      38.25    MISCELLANEOU ALP   1605.44   RLP     232.04
JAN 23   116.02                                   1721.46           348.06
FEB 23   116.02                                   1837.48           464.08
MAR 23   116.02       38.25    MISCELLANEOUS T    1915.25           541.85

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------
IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS       0.00.
```

```
IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS      1373.40.

OUR RECORDS INDICATE THAT YOU HAVE FILED FOR BANKRUPTCY PROTECTION. AS A RESULT OF
YOUR BANKRUPTCY FILING, ESCROW ACCOUNT DEFICIENCIES PRIOR TO YOUR FILING DATE HAVE
BEEN REMOVED FROM CALCULATION OF YOUR ANALYSIS, AND THEY ARE NOW REFLECTED AS
AMOUNTS DUE WITHIN YOUR PRE-PETITION ARREARAGE.  THIS ESCROW ANALYSIS STATEMENT WAS
PREPARED UNDER THE ASSUMPTION THAT ALL ESCROW PAYMENTS HAVE BEEN MADE IN THE AMOUNT
REQUIRED EACH MONTH. THE SURPLUS FUNDS INDICATED ABOVE ARE NOT AN ACCURATE
REFLECTION OF YOUR ESCROW ACCOUNT BECAUSE NO SURPLUS FUNDS WILL EXIST UNTIL ALL
AMOUNTS ARE RECEIVED TOWARDS YOUR PRE-PETITION ARREARAGE.

------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT -------------------
           PRINCIPAL & INTEREST                         828.16
           ESCROW (1/12TH OF ANNUAL ANTICIPATED         116.02
              DISBURSEMENTS AS COMPUTED ABOVE)
           PLUS: OPTIONAL INSURANCE PREMIUMS              0.00
           PLUS: REPLACEMENT RESERVE OR FHA SVC CHG       0.00
           PLUS: SHORTAGE PAYMENT                         0.00
           MINUS: SURPLUS CREDIT                          0.00
           ROUNDING ADJUSTMENT                            0.00
           MINUS: BUYDOWN/ASSISTANCE PAYMENTS             0.00

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 04/01/22    944.18
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      232.04.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS         232.04.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
02/22       345.87        03/22       345.87     00/00        0.00
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
03/22       38.25 MISCELLANEOUS TAX    00/00        0.00
00/00        0.00                      00/00        0.00
00/00        0.00                      00/00        0.00
```

Licensed as Servis One, Inc. dba BSI Financial Services.

BSI Financial Services NMLS ▪ ▇▇▇▇▇ Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.